## HUNTER v. PERQUIMANS COUNTY BD. OF EDUC.

No. 415P00

Case below: 139 N.C.App. 352

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.

## IN RE APPEAL OF CORBETT

No. 363PA00

Case below: 138 N.C.App. 534

Petition by respondent (Pender County Board of Equalization and Review) for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000.

## IN RE BIDDIX

No. 330P00

Case below: 138 N.C.App. 500

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

## IN RE VOIGHT

No. 315P00

Case below: 138 N.C.App. 542

Petition by petitioner (Guilford County) for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000. Petition by petitioner (Guilford County) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000. Petition by petitioner (Guilford County) for remedial writ denied 5 October 2000.

## KEMP v. KEMP

No. 262P00

Case below: 138 N.C.App. 167

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000. Petition by plaintiff for writ of certiorari to review the order of the North Carolina Court of Appeals denied 5 October 2000.